===========================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_ **DISTRICT OF** _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.** 1:03-cv-1168 (GLS/DRH)

**RICHARD RIVENBURGH,**

        **Plaintiff(s),**

**CSX TRANSPORTATION, INC.,**

        **Defendant(s).**

__x__  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that the jury rendered a verdict in favor of the Plaintiff, Richard Rivenburgh in the amount of $1,000,000.00 total damages, which represents $600,000.00 for past pain and suffering and $400,000.00 for future pain and suffering.

_Lawrence K. Baerman_
Clerk of Court

**DATE: March 28, 2006**

s/WILLIAM J. GRIFFIN

By: _____

DEPUTY CLERK