U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 3 0 2006

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**RICHARD RIVENBURGH,**

           **Plaintiff,**             Civil No.: 1:03-CV-1168
                                                  (GLS)

    v.

**CSX TRANSPORTATION,**

           **Defendant.**

---

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**

KLEEMAN, ABLOESER LAW FIRM       SAMUEL ABLOESER, ESQ.
The Sterling Conference Center #350
1819 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103

**FOR THE CITY DEFENDANT:**

HODGSON, RUSS LAW FIRM           NOREEN D. GRIMMICK, ESQ.
677 Broadway, Suite 301
Albany, New York 12207

**Gary L. Sharpe**
**U.S. District Judge**

## ORDER

This matter comes before the court following a jury trial, resulting in the entry of a money judgment for the plaintiff. At the close of trial, the

court allowed the parties additional time to file Rule 50 motions and to file post-trial submissions with the court. On March 29, 2006, the court erroneously entered judgment, as noted in the submission of defense counsel. *See* Undocketed Bailey Ltr., Mar. 29, 2006. Accordingly, the court vacates the previous judgment, pending receipt of the parties' post-trial submissions.

**WHEREFORE**, it is hereby

**ORDERED** that the previous judgment is vacated; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order on all parties.

**IT IS SO ORDERED.**

Albany, New York
March 30, 2006

Gary L. Sharpe
U.S. District Judge

2